# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| K.K-M., individually and as Kingship Legal Guardian of the minor children R.M. and A.W. | |
| Plaintiffs, | Civil No. 17-11579 (RBK/KMW) |
| v. | **ORDER** |
| NEW JERSEY DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Defendant Gloucester City Public Schools' ("GCPS") Motion for Dismissal (Doc. No. 27) and Defendants New Jersey Department of Education, New Jersey Office of Administrative Law, and Ms. Dominic Rota Motion for Dismissal (Doc. No. 29), and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' Motions are **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of Court **CLOSE THIS CASE**.

Dated:  06/25/2018

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge