# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KERRI KAMINSKI-MINTZ, ALYSSA WATERS and RACHAEL MORROW, | |
| Plaintiffs, | Case No. 1:17-cv-11579 |
| v. | |
| NEW JERSEY DEPARTMENT OF EDUCATION; NEW JERSEY OFFICE OF ADMINISTRATIVE LAW; DOMINIC ROTA, individually and in his official capacity; GLOUCESTER CITY BOARD OF EDUCATION d/b/a GLOUCESTER CITY PUBLIC SCHOOLS; and BLACK HORSE PIKE REGIONAL SCHOOL DISTRICT, | Judge Edward S. Kiel  Magistrate Matthew J. Skahill  MOTION DATE: Oct. 21, 2024 |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiffs Kerri Kaminski-Mintz, Alyssa Waters and Rachael Morrow ("Plaintiffs")[1], shall pursuant to Fed.R.Civ.P. 60 respectfully move this Honorable Court for an Order granting leave to vacate the Administrative Termination, reinstate this case and enter the Settlement Agreement between Plaintiffs and Defendants New Jersey

---

[1] Plaintiffs are now identified by the full names as the two children who were minors at the onset of this litigation have now reached the age of majority.

Department of Education ("NJDOE"), New Jersey Office of Administrative Law ("OAL"), and Dominic Rota ("Rota") (collectively "State Defendants") as an enforceable Order.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs shall reply upon the papers submitted and filed contemporaneously herewith.

A proposed form of Order is also submitted.

Dated:  September 15, 2024       By: /s/ *Robert C. Thurston*
　　　　　　　　　　　　　　　　　Robert C. Thurston, Esq.
　　　　　　　　　　　　　　　　　Thurston Law Offices LLC
　　　　　　　　　　　　　　　　　433 River Road Suite 1315
　　　　　　　　　　　　　　　　　Highland Park, NJ 08904
　　　　　　　　　　　　　　　　　856-335-5291
　　　　　　　　　　　　　　　　　rthurston@schoolkidslawyer.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

      I, Robert C. Thurston, certify that I served all parties and counsel of record the foregoing document and all supporting papers by causing the same to be sent via the ECF system for eFilers and via regular mail for non-eFilers on September 15, 2024:

Matthew Lynch, DAG
Sadia Ahsanuddin, DAG
Attorney General of New Jersey
25 Market St., P.O. Box 112
Trenton, NJ 08625-0112
609-376-3100

*Attorneys for Defendants New Jersey Department of Education, New Jersey Office of Administrative Law, and Dominic Rota*

                                              /s/ *Robert C. Thurston*
                                              Robert C. Thurston