# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Kerri Kaminski-Mintz, Alyssa Waters, and Rachael Morrow,** | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:17-cv-11579 |
| v. | )<br>) |
| **New Jersey Department Of Education; New Jersey Office of Administrative Law; Dominic Rota, individually and in his official capacity; Gloucester City Board of Education d/b/a Gloucester City Public Schools; and Black Horse Pike Regional School District,** | ) Judge Edward S. Kiel<br>)<br>) Magistrate Matthew J. Skahill<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME all remaining parties appearing herein, by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby stipulate to the dismissal with prejudice of this matter. The parties hereby state as follows:

WHEREAS, Plaintiffs and Defendants New Jersey Department of Education ("NJDOE"), New Jersey Office of Administrative Law ("OAL"), Dominic Rota ("Rota") (collectively "State Defendants") have settled the claims between them

and have agreed to dismiss this case once the terms of the settlement have been completed;

WHEREAS, the terms of the Settlement Agreement between Plaintiffs and State Defendants have been satisfied;

WHEREAS, Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared," Fed.R.Civ.P. 41(a)(1)(A)(ii); and

WHEREAS, all remaining parties appearing hereby so stipulate to the dismissal with prejudice of this case as indicated by their signatures below;

NOW THEREFORE, the parties hereby stipulate to the dismissal with prejudice of this matter.

SO STIPULATED.

By: /s/ *Robert C. Thurston*
Robert C. Thurston, Esq.
Thurston Law Offices LLC
433 River Road #1315
Highland Park, NJ 08904
Telephone: (856) 335-5291
Email:
rthurston@schoolkidslawyer.com

*Attorneys for Plaintiffs*

By: /s/ *Matthew Lynch*
Matthew Lynch, DAG
Sadia Ahsanuddin, DAG
Attorney General of New Jersey
25 Market St., P.O. Box 112
Trenton, NJ 08625-0112
609-376-3100

*Attorneys for Defendants New Jersey Department of Education, New Jersey Office of Administrative Law, and Dominic Rota*

Dated: September 25, 2024

SO ORDERED.

Dated:  September 26, 2024        ___/s/ Edward S. Kiel_____
                                   U.S. District Judge